UNITED STATES of America, Plaintiff–Appellee

v.

Diderico Lopez GONZALEZ, also known as Socrates Lopez, also known as Diderico Lopez–Gonzalez, also known as Diderico Lopez–Gonzales, also known as Socrates Gonzales Lopez, also known as Diderico Lopez Gonzales, also known as Dederico Lopez Gonzales, also known as Socrates Lopez Gonzales, Defendant–Appellant.

No. 12–20184
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 7, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Diderico Lopez Gonzalez, CI Reeves III, Pecos, TX, pro se.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before REAVLEY, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Diderico Lopez Gonzalez (Lopez) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Lopez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.